No. 60787.—Albert Pipe Supply Co., Inc., et al. *v.* United States, protests 287468–K, etc. (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of "limited service" seamless steel oil-well casings the same in all material respects as those the subject of *United Supply & Mfg. Co., The Crispin Company* v. *United States* (37 Cust. Ct. 95, C. D. 1804), the items marked "A" were held dutiable at one-tenth of 1 cent per pound and the items marked "B" at 7½ percent ad valorem under paragraph 312, as modified, *supra*, as claimed.

No. 60788.—Maher-App & Company *v.* United States, protest 301373–K/14783 (New Orleans).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

No. 60789.—Lep Transport, Inc. *v.* United States, protests 283177–K and 283178–K (New York).

Opinion by LAWRENCE, J. From a review of the record in these cases, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protests were therefore overruled.